ENTERPRISE FIXTURES CO., INC., and IRVING BIENER, Appellants, and ISRAEL MILLER, Respondent, Appellant, v. JAMES W. BROWN, Public Administrator, as Substituted Administrator, etc., of JOHN J. REGAN, Deceased, and MORRIS GLASER, Defendants, Impleaded with LOUIS SATENSTEIN and Others, Appellants, Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of HENRY HUDSON PARKWAY AUTHORITY, Petitioner, Respondent, for a Final Order under Article 78 of the Civil Practice Act, against PAUL KERN, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, and JOHN TUCKER, Appellants. TOM DICANDIA, as President of the Prison Keeper Eligibles Association, and MORRIS A. SCHNEIDER, as President of the Court Attendant Eligibles Association of the Inferior Courts, Intervenors, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent against the appellants. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [167 Misc. 699.]

STANDARD TOYKRAFT PRODUCTS, INC., Respondent, v. J. PRESSMAN & CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of an Application of ALBERT W. BITTERMAN, Petitioner, Appellant, against FIORELLO H. LAGUARDIA, Chairman, and Others, Members Constituting the Board of Estimate of the City of New York, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ADOLPH BUCHLER CATERER, INC., Assignor, to WILLIAM LAMKAY, Assignee, Respondent. THE CITY OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

C. I. T. CORPORATION, Appellant, v. BURKE-BIBBO CORPORATION and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of GEANNE HUGHES BLOOMINGDALE (BUTLER), Petitioner, Appellant, for an Order under Article 78, C. P. A., against JAMES A. FOLEY, Individually and as Surrogate of New York County, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of DOMINICK DIPPOLITO, Respondent, v. JAMES F. TRACEY, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.